IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) INJUNCTIVE RELIEF SOUGHT |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) Civil Action No.: 19-cv-02218 |
| | ) |
| JPMCC 2006-LDP7 CORPORATE WEST DRIVE, LLC | ) JUDGE KENNELLY |
| | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the Defendant, JPMCC 2006-LDP7 Corporate West Drive, LLC, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | JPMCC 2006-LDP7 CORPORATE WEST DRIVE, LLC |
| By: /s/ *Marshall J. Burt* | |
| Marshall J. Burt, Esq. | By: /s/ *Elinor H. Murarova* |
| The Burt Law Group, Ltd. | Duane Morris, LLP |
| 77 W. Washington, Ste 1300 | 190 S. LaSalle St., Ste 3700 |
| Chicago, IL 60602 | Chicago, IL 60603 |
| 312-419-1999 | 312-499-6734 |
| Marshall@mjburtlaw.com | EHart@duanemorris.com |